a judgment of the Supreme Court of Porto Rico to the Supreme Court of the United States. Decided April 5, 1905. Motion granted. *Messrs. Hartzell and Rodríguez Serra* for petitioners; *Mr. Acuña,* for opponent.

---

No. 15. SALVÁ *v.* ESTATE OF BORRÁ GINART.—Motion for the admission of an appeal from a decision of the Supreme Court of Porto Rico to the Supreme Court of the United States. Decided April 18, 1905. The admission of the appeal was denied. *Messrs. López Landrón and Pettingill,* for petitioners; *Messrs. José Guzmán Benítez* and *Hartzell and Rodríguez Serra,* for opponents.

---

No. 16. SALVÁ *v.* ESTATE OF BORRÁS ET AL.—Motion for the admission of an appeal from a decision of the Supreme Court of Porto Rico to the Supreme Court of the United States. Decided April 18, 1905. The motion was denied. *Messrs. López Landrón and Pettingill,* for petioners; *Messrs. José Guzmán Benítez, Hartzell and Rodríguez Serra,* for adverse party.

---

No. 21. MANRIQUE DE LARA *v.* MORALES.—Motion to supplement the transcript of a record in an appeal by adding certain documents which had been involuntarily omitted therefrom. Decided April 18, 1905. The motion was granted. *Mr. Díaz Navarro,* for petitioner; *Mr. López Landrón,* for adverse party.

---

No. 3. BORRÁS ET AL. *v.* THE DISTRICT COURT OF HUMACAO.—Motion to set aside an order for the issue of a writ of *certiorari,* or otherwise, that a receiver appointed by the lower court to administer certain property in litigation be installed in office. Decided April 18, 1905. The motion was denied.